```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    MICHAEL S. LOWE (State Bar No. 173664)
 4  Assistant United States Attorney
         1400 United States Courthouse          JS-3
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone : (213) 894-6526
         e-mail: mike.lowe@usdoj.gov
 7
    Attorneys for Plaintiff
 8  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. 08-1003-ODW |
|---|---|---|
| Plaintiff, | ) | <u>ORDER DISMISSING INDICTMENT</u> |
| v. | ) | |
| EULICE MELTON EVANS, III, aka "William Noble Hellard III," | ) | |
| Defendant. | ) | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and upon the government's motion:

    IT IS HEREBY ORDERED that the indictment in the above-referenced case is dismissed without prejudice.

    IT IS SO ORDERED.

Dated: November 11, 2008

*/s/ Otis D. Wright*

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE